JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| QI WANG, *et al.*,<br><br>           Plaintiffs,<br><br>    v.<br><br>ALEJANDRO MAYORKAS, *et al.*,<br><br>           Defendants. | Case No. 2:24-cv-02107-FLA (BFMx)<br><br>**ORDER DISMISSING ACTION [DKT. 12]** |

1

On April 18, 2024, Plaintiffs Qi Wang and Keda Woollen Textile Fabric Distribution Co., Ltd. ("Plaintiffs") filed a Notice of Dismissal, dismissing the action pursuant to Fed. R. Civ. P. 41(a)(1).  Dkt. 12.  Having considered the Notice of Dismissal and finding good cause therefor, the court hereby ORDERS:

    1.  All dates and deadlines governing this action are VACATED.

    2.  The court DISMISSES the action.

IT IS SO ORDERED.

Dated: May 17, 2024

    FERNANDO L. AENLLE-ROCHA
United States District Judge